FILED

FEB 2 0 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:20CR00131 JAR/NCC** |
| v. ) | |
| ) | |
| TONY K. SANFORD, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**COUNT I**

The Grand Jury charges that:

From on or between January 20, 2020 and January 30, 2020, in St. Louis City, Missouri within the Eastern District of Missouri and elsewhere, in and affecting interstate commerce, the Defendant,

**TONY K. SANFORD,**

did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize and solicit "Jane Doe" and did benefit financially and by receiving anything of value from participation in a venture which engaged in the aforementioned acts, knowing and in reckless disregard of the fact

that "Jane Doe" had not attained the age of 18 years and was caused to engage in a commercial sex,

in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c) and 1594(a).

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JILLIAN S. ANDERSON, #53918(MO)
Assistant United States Attorney
jillian.anderson@usdoj.gov